Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−27213−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C DiBenedetto
   1302 Persimmon Court
   Mahwah, NJ 07430−2377

Social Security No.:
   xxx−xx−1026

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     12/13/16
Time:    10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David Stevens, Esq.

COMMISSION OR FEES
$1545.00

EXPENSES

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 16, 2016
JJW:

                                                                                       James J. Waldron
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-27213-RG
Anthony C DiBenedetto                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1            Date Rcvd: Nov 16, 2016
                            Form ID: 137             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.
```
db             Anthony C DiBenedetto,   1302 Persimmon Court,   Mahwah, NJ 07430-2377
516461631      American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern  PA 19355-0701
516381043     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516381044     +Bby/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
516381045     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
516381048     +PNC Bank,   PO Box 747032,   Pittsburgh, PA 15274-7032
516381047     +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
516381049     +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
516381051     +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
516381052     +Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2016 23:07:13     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2016 23:07:10     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2016 23:00:58     Synchrony Bank,
                c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
516438878      E-mail/Text: camanagement@mtb.com Nov 16 2016 23:06:55     M&T Bank,   P.O. Box 840,
                Buffalo, NY 14240-0840
516381046      E-mail/Text: camanagement@mtb.com Nov 16 2016 23:06:55     M & T Bank,   1 Fountain Plz,
                Buffalo, NY 14203
516381050     +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2016 23:00:58     Syncb/guitar Center,
                950 Forrer Blvd,   Kettering, OH 45420-1469
516382022      E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2016 23:00:58     Synchrony Bank,
                c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 7
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2016 at the address(es) listed below:
```
              David L. Stevens    on behalf of Debtor Anthony C DiBenedetto dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 3
```