Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  16−27213−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C DiBenedetto
   1302 Persimmon Court
   Mahwah, NJ 07430−2377

Social Security No.:
   xxx−xx−1026

Employer's Tax I.D. No.:

---

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

    Notice is hereby given that a Plan was confirmed in this matter on November 18, 2016.

    On 11/14/17 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:              December 20, 2017
Time:             09:00 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 15, 2017
JAN: dmc

                                                                                                               Jeanne Naughton
                                                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C DiBenedetto  
    Debtor

Case No. 16-27213-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Nov 15, 2017  
                         Form ID: 185      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2017.

```
db              Anthony C DiBenedetto,    1302 Persimmon Court,    Mahwah, NJ  07430-2377
sp             +Bangel, Cohen & Falconetti, LLP,    91-31 Queens Boulevard,    Suite 400,
                 Elmhurst, NY 11373-5555
516461631       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516381043      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
516381044      +Bby/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516381045      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516559079      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND,OHIO 44101-4982
516381048      +PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032
516381047      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516381049      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516381051      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516545763      +The Valley Hospital,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2736
516381052      +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2017 23:09:39     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2017 23:09:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 23:07:06     Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
516533924       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2017 23:13:19
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516381046       E-mail/Text: camanagement@mtb.com Nov 15 2017 23:09:23     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
516438878       E-mail/Text: camanagement@mtb.com Nov 15 2017 23:09:23     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516603795       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 23:13:10
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
516603774       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 23:13:30
                 Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,   Norfolk VA 23541
516603794       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 23:13:19
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
516381050      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 23:07:06     Syncb/guitar Center,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
516382022       E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 23:06:38     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 15, 2017
                              Form ID: 185             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
           Christopher J. Balala    on behalf of Debtor Anthony C DiBenedetto cbalala@scuramealey.com,
            ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
           David L. Stevens    on behalf of Debtor Anthony C DiBenedetto dstevens@scuramealey.com,
            cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
            y.com;dmedina@scura.com
           Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                                                  TOTAL: 4

Case 16-27213-RG    Doc 41    Filed 11/17/17    Entered 11/18/17 00:42:26    Desc Imaged
Certificate of Notice    Page 3 of 3