Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–27213–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C DiBenedetto
   1302 Persimmon Court
   Mahwah, NJ 07430–2377
Social Security No.:
   xxx–xx–1026
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/16/18 at 09:00 AM

to consider and act upon the following:

*49* – Certification in Opposition to Trustee's Certification of Default (related document:46 Certification of Default of Standing Trustee. re: Fail to Provide Status Report. Filed by Marie–Ann Greenberg. Objection deadline is 4/16/2018. (Attachments: # 1 Certification of Default Generic – Proposed Order) filed by Trustee Marie–Ann Greenberg) filed by David L. Stevens on behalf of Anthony C DiBenedetto. (Stevens, David)

Dated: 4/18/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court