Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 16−27213−RG
           Chapter: 13
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C DiBenedetto
   1302 Persimmon Court
   Mahwah, NJ 07430−2377

Social Security No.:
   xxx−xx−1026

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on January 2, 2018.

   On 12/10/18 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:             January 16, 2019
Time:            08:30 AM
Location:       Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 13, 2018
JAN: smz

                                                                                                     Jeanne Naughton
                                                                                   Clerk

```
                    United States Bankruptcy Court
                         District of New Jersey

In re:                                                    Case No. 16-27213-RG
Anthony C DiBenedetto                                     Chapter 13
      Debtor
                         CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 2         Date Rcvd: Dec 13, 2018
                          Form ID: 185          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             Anthony C DiBenedetto,   1302 Persimmon Court,   Mahwah, NJ   07430-2377
sp            +Bangel, Cohen & Falconetti, LLP,   91-31 Queens Boulevard,   Suite 400,
                Elmhurst, NY 11373-5555
516461631      American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern   PA 19355-0701
516381043     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516381044     +Bby/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
516381045     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
516559079     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND,OHIO 44101-4982
516381048     +PNC Bank,   PO Box 747032,   Pittsburgh, PA 15274-7032
516381047     +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
516381049     +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
516381051     +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
516545763     +The Valley Hospital,   223 North Van Dien Avenue,   Ridgewood, NJ 07450-2736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2018 00:40:19     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2018 00:40:16     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:42:40     Synchrony Bank,
                c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
516533924      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2018 00:54:10
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
516381046      E-mail/Text: camanagement@mtb.com Dec 14 2018 00:39:46     M & T Bank,   1 Fountain Plz,
                Buffalo, NY 14203
516438878      E-mail/Text: camanagement@mtb.com Dec 14 2018 00:39:46     M&T Bank,   P.O. Box 840,
                Buffalo, NY 14240-0840
516603795      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 00:42:57
                Portfolio Recovery Associates, LLC,   c/o Best Buy Credit Card,   POB 41067,
                Norfolk VA 23541
516603774      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 00:42:14
                Portfolio Recovery Associates, LLC,   c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
516603794      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 00:42:14
                Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                Norfolk VA 23541
516381050     +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:43:22     Syncb/guitar Center,
                950 Forrer Blvd,   Kettering, OH 45420-1469
516382022      E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:41:57     Synchrony Bank,
                c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
516381052     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 14 2018 00:39:06
                Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: 185             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
            David L. Stevens    on behalf of Debtor Anthony C DiBenedetto dstevens@scuramealey.com,
             ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
            Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 4
```