Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–27213–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anthony C DiBenedetto
  1302 Persimmon Court
  Mahwah, NJ 07430–2377

Social Security No.:
  xxx–xx–1026

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 22, 2019.

On 8/21/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:           October 7, 2020
Time:           08:30 AM
Location:       Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 24, 2020
JAN: dlr

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 16-27213-RG
Anthony C DiBenedetto                                           Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Aug 24, 2020
                              Form ID: 185             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2020.
db              Anthony C DiBenedetto,    1302 Persimmon Court,    Mahwah, NJ   07430-2377
sp             +Bangel, Cohen & Falconetti, LLP,    91-31 Queens Boulevard,    Suite 400,
                 Elmhurst, NY 11373-5555
516461631       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516381043      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516381044      +Bby/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
516559079      +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND,OHIO 44101-4982
516381048      +PNC Bank,   PO Box 747032,    Pittsburgh, PA 15274-7032
516381047      +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516381049      +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
516381051      +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
516545763      +The Valley Hospital,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2020 23:34:12      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2020 23:34:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2020 23:40:47      Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
516533924       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2020 23:41:00
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
516381045       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 24 2020 23:40:23      Chase Card,
                 Po Box 15298,   Wilmington, DE 19850
516381046       E-mail/Text: camanagement@mtb.com Aug 24 2020 23:33:51      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
516438878       E-mail/Text: camanagement@mtb.com Aug 24 2020 23:33:51      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
516603795       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2020 23:41:22
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,   POB 41067,
                 Norfolk VA 23541
516603774       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2020 23:40:28
                 Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
516603794       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2020 23:41:22
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,   POB 41067,
                 Norfolk VA 23541
516381050      +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2020 23:41:15      Syncb/guitar Center,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
516382022       E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2020 23:41:15      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516381052      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 24 2020 23:33:20
                 Verizon Wireless,    Po Box 49,   Lakeland, FL 33802-0049
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2         User: admin              Page 2 of 2            Date Rcvd: Aug 24, 2020
                             Form ID: 185             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:

```
          David L. Stevens    on behalf of Debtor Anthony C DiBenedetto dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr9387
           8@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Phillip Andrew Raymond    on behalf of Creditor    M&T BANK phillip.raymond@mccalla.com,
           mccallaecf@ecf.courtdrive.com
                                                                                             TOTAL: 5
```