Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−27213−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C DiBenedetto
   1302 Persimmon Court
   Mahwah, NJ 07430−2377

Social Security No.:
   xxx−xx−1026

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:        10/7/20
Time:        10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$3,135.00

EXPENSES
$65.71

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 31, 2020
JAN:

      Jeanne Naughton
      Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Anthony C DiBenedetto
    Debtor

Case No. 16-27213-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Aug 31, 2020
                              Form ID: 137    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.
```
db             Anthony C DiBenedetto,    1302 Persimmon Court,    Mahwah, NJ 07430-2377
sp            +Bangel, Cohen & Falconetti, LLP,    91-31 Queens Boulevard,    Suite 400,
               Elmhurst, NY 11373-5555
516461631      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
516381043     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516381044     +Bby/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516559079     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND,OHIO 44101-4982
516381048     +PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032
516381047     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516381049     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
516381051     +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516545763     +The Valley Hospital,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2736
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 01 2020 00:06:51    U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 01 2020 00:06:49    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2020 00:11:53    Synchrony Bank,
               c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
516533924      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2020 00:13:32
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK 73124-8838
516381045      E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 01 2020 00:11:56    Chase Card,
               Po Box 15298,    Wilmington, DE 19850
516381046      E-mail/Text: camanagement@mtb.com Sep 01 2020 00:06:27    M & T Bank,    1 Fountain Plz,
               Buffalo, NY 14203
516438878      E-mail/Text: camanagement@mtb.com Sep 01 2020 00:06:27    M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
516603795      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2020 00:12:32
               Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
               Norfolk VA 23541
516603774      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2020 00:12:36
               Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
516603794      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2020 00:13:18
               Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
               Norfolk VA 23541
516381050     +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2020 00:12:25    Syncb/guitar Center,
               950 Forrer Blvd,    Kettering, OH 45420-1469
516382022      E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2020 00:12:26    Synchrony Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
516381052     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 01 2020 00:05:50
               Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
                                                                                               TOTAL: 13
```

          \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                   Page 2 of 2              Date Rcvd: Aug 31, 2020
                                  Form ID: 137                  Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2020 at the address(es) listed below:

        David L. Stevens   on behalf of Debtor Anthony C DiBenedetto dstevens@scura.com,
         ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr93878@notify.bestcase.com

        Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Kevin Gordon McDonald   on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

        Marie-Ann Greenberg   magecf@magtrustee.com

        Phillip Andrew Raymond   on behalf of Creditor   M&T BANK phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

        TOTAL: 5