Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–27213–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anthony C DiBenedetto
  1302 Persimmon Court
  Mahwah, NJ 07430–2377

Social Security No.:
  xxx–xx–1026

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 8, 2020.

On 09/09/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                    October 20, 2021
Time:                    08:30 AM
Location:                Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 9, 2021
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 16-27213-RG

Anthony C DiBenedetto                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                    Page 1 of 2

Date Rcvd: Sep 09, 2021                 Form ID: 185                   Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony C DiBenedetto, 1302 Persimmon Court, Mahwah, NJ 07430-2377 |
| sp | + | Bangel, Cohen & Falconetti, LLP, 91-31 Queens Boulevard, Suite 400, Elmhurst, NY 11373-5555 |
| 516461631 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516381043 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516381044 | + | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516381048 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 516545763 | + | The Valley Hospital, 223 North Van Dien Avenue, Ridgewood, NJ 07450-2736 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 20:35:43 | Synchrony Bank, c/o Recovery Mmgt. Sys., 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605 |
| 516533924 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 09 2021 20:35:46 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516381045 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 09 2021 20:35:39 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516381046 | | Email/Text: camanagement@mtb.com | Sep 09 2021 20:21:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 516438878 | | Email/Text: camanagement@mtb.com | Sep 09 2021 20:21:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516559079 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2021 20:21:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND,OHIO 44101 |
| 516381047 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2021 20:21:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 516603795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2021 20:35:45 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516603774 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2021 20:35:37 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516603794 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2021 20:35:37 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516381049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2021 20:35:42 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 516381050 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 20:35:43 | Syncb/guitar Center, 950 Forrer Blvd, Kettering, |

| | | | |
|---|---|---|---|
| | | | OH 45420-1469 |
| 516382022 | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 20:35:43 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516381051 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2021 20:35:46 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516381052 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 09 2021 20:21:00 | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Anthony C DiBenedetto dstevens@scura.com ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Anthony C DiBenedetto jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;apasku@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |

TOTAL: 6