Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−27213−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Anthony C DiBenedetto
 1302 Persimmon Court
 Mahwah, NJ 07430−2377

Social Security No.:
 xxx−xx−1026

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/15/21 at 10:00 AM

to consider and act upon the following:

**91** − Certification in Opposition to Trustee's Certification of Default (related document:89 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/17/2021. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David L. Stevens on behalf of Anthony C DiBenedetto. (Stevens, David)

Dated: 11/18/21

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court