Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−27213−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C DiBenedetto
   1302 Persimmon Court
   Mahwah, NJ 07430−2377

Social Security No.:
   xxx−xx−1026

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/27/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 27, 2021
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | | |
|---|---|---|
| In re: | | Case No. 16-27213-RG |
| Anthony C DiBenedetto | | Chapter 13 |
|     Debtor | | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 27, 2021 | Form ID: 148 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony C DiBenedetto, 1302 Persimmon Court, Mahwah, NJ 07430-2377 |
| sp | + | Bangel, Cohen & Falconetti, LLP, 91-31 Queens Boulevard, Suite 400, Elmhurst, NY 11373-5555 |
| 516381048 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 516545763 | + | The Valley Hospital, 223 North Van Dien Avenue, Ridgewood, NJ 07450-2736 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2021 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2021 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank, c/o Recovery Mmgt. Sys., 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605 |
| 516461631 | | EDI: BECKLEE.COM | Dec 28 2021 02:58:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516533924 | | EDI: AIS.COM | Dec 28 2021 03:03:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516381043 | + | EDI: AMEREXPR.COM | Dec 28 2021 02:58:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516381044 | + | EDI: CITICORP.COM | Dec 28 2021 02:58:00 | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516381045 | | EDI: JPMORGANCHASE | Dec 28 2021 02:58:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516381046 | | Email/Text: camanagement@mtb.com | Dec 27 2021 21:57:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 516438878 | | Email/Text: camanagement@mtb.com | Dec 27 2021 21:57:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516559079 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 27 2021 21:56:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND,OHIO 44101 |
| 516381047 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 27 2021 21:56:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 516603795 | | EDI: PRA.COM | Dec 28 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516603774 | | EDI: PRA.COM | Dec 28 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516603794 | | EDI: PRA.COM | Dec 28 2021 02:58:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA |

| | | | | |
|---|---|---|---|---|
| 516381049 | + EDI: CITICORP.COM | | Dec 28 2021 02:58:00 | 23541<br>Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 516381050 | + EDI: RMSC.COM | | Dec 28 2021 02:58:00 | Syncb/guitar Center, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 516382022 | EDI: RMSC.COM | | Dec 28 2021 02:58:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516381051 | + EDI: CITICORP.COM | | Dec 28 2021 02:58:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516381052 | + EDI: VERIZONCOMB.COM | | Dec 28 2021 02:58:00 | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Anthony C DiBenedetto dstevens@scura.com ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064 |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Anthony C DiBenedetto jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |

TOTAL: 6