Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−27213−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Anthony C DiBenedetto
 1302 Persimmon Court
 Mahwah, NJ 07430−2377

Social Security No.:
 xxx−xx−1026

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:  4/20/22
Time:  10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, Debtor's Attorney,

COMMISSION OR FEES
$2,280.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 21, 2022
JAN:

                                              Jeanne Naughton
                                              Clerk

Case 16-27213-RG    Doc 102    Filed 03/23/22    Entered 03/24/22 00:11:13    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony C DiBenedetto  
    Debtor

Case No. 16-27213-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 21, 2022      Form ID: 137      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony C DiBenedetto, 1302 Persimmon Court, Mahwah, NJ 07430-2377 |
| sp | + | Bangel, Cohen & Falconetti, LLP, 91-31 Queens Boulevard, Suite 400, Elmhurst, NY 11373-5555 |
| 516381048 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 516545763 | + | The Valley Hospital, 223 North Van Dien Avenue, Ridgewood, NJ 07450-2736 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 21 2022 20:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 21 2022 20:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2022 20:21:00 | Synchrony Bank, c/o Recovery Mmgt. Sys., 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605 |
| 516461631 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2022 20:20:53 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516533924 | | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2022 20:20:56 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516381043 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2022 20:20:55 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516381044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2022 20:21:01 | Bby/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516381045 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 21 2022 20:20:58 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516381046 | | Email/Text: camanagement@mtb.com | Mar 21 2022 20:18:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 516438878 | | Email/Text: camanagement@mtb.com | Mar 21 2022 20:18:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516559079 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 21 2022 20:18:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND,OHIO 44101 |
| 516381047 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 21 2022 20:18:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 516603795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2022 20:21:05 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516603774 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2022 20:21:05 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516603794 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2022 20:20:55 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA |

| | | | | |
|---|---|---|---|---|
| | | | | 23541 |
| 516381049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2022 20:21:01 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 516381050 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2022 20:21:00 | Syncb/guitar Center, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 516382022 | | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2022 20:21:04 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516381051 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2022 20:20:56 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516381052 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 21 2022 20:18:00 | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Anthony C DiBenedetto dstevens@scura.com ecfbkfilings@scuramealey.com;mmoreira@scura.com;bramirez@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Anthony C DiBenedetto jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;mmoreira@scura.com;spereyra@scura.com;bramirez@scura.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |

TOTAL: 6