UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jamal J Romero
Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg turnpike
Wayne, NJ 07470
973-696-8391
Email: jromero@scura.com

In Re:

Anthony C DiBenedetto

Case No.: 16-27213
Chapter: 13
Hearing Date: 8/17/2022 10:00AM
Judge: Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Motion to Approve Compromise under Rule 9019 (Dkt.115)

Date: 07/25/2022

/s/ Silvia Pereyra
Signature

*rev.8/1/15*