UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jamal J Romero
Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg turnpike
Wayne, NJ 07470
973-696-8391
Email: jromero@scura.com
Counsel for Debtor

In Re:

Anthony C DiBenedetto,
                              Debtor.

Case No.:    16-27213
Chapter:     13
Adv. No.:    
Hearing Date:    8/17/2022 10:00AM
Judge:    Gambardella

## CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for SWHS&C, LLP ho represents, w Debtor in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On July 27, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Motion to Approve Compromise under Rule 9019, Brief in Support of Motion for Nunc Pro Tunc Order Approving Settlement, Certification of Debtor in Support of Motion, Exhibit A (Cert of Debtor) and Proposed Order Nunc Pro Tunc Approving Settlement under Rule 9019

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 27, 2022

/s/ Silvia Pereyra
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd #330<br>Fairfield, NJ 07004 | Ch. 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Anthony C DiBenedetto<br>1302 Persimmon Court<br>Mahwah, NJ 07430-2377 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bangel, Cohen & Falconetti, LLP<br>91-31 Queens Boulevard<br>Suite 400<br>Elmhurst, NY 11373 | Special Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| M&T Bank<br>c/o Rene F Jones, CEO<br>462 South 4th Street, Suite 1600<br>Louisville, KY 40202 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Becket and Lee LLP<br>c/o Shraddha Bharatia, Claims Adm.<br>Po Box 3001<br>Malvern, PA 19355 | Counsel for American Express | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| American InfoSource LP as agent for Verizon<br>c/o Amanda Matchett, Paralegal<br>Po Box 248838<br>Oklahoma City, OK 73124-8838 | Counsel for Verizon | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| PNC Bank, N.A.<br>c/o Michelle Presley, POC Specialist<br>Po Box 94982<br>Cleveland, OH 44101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>c/o PRA Receivables Management, LLC<br>c/o Adeanna Hooks, Bk. Rep.<br>Po Box 41067<br>Norfolk VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| KML Law Group, P.C.<br>c/o Denise Carlon, Esq.<br>216 Haddon Avenue, Ste 406<br>Westmont, NJ 08108 | Counsel for M&T Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Best Buy/Citibank North America<br>Po Box 6497<br>Sioux Falls, SD 57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Sears/Citibank North America<br>Po Box 6282<br>Sioux Falls, SD 57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Synchrony Bank/Guitar Center<br>950 Forrer Blvd<br>Kettering, OH 45420 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| The Home Depot/Citibank North America<br>Po Box 6497<br>Sioux Falls, SD 57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| The Valley Hospital<br>223 North Van Dien Avenue<br>Ridgewood, NJ 07450 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |