Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−27213−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C DiBenedetto
   1302 Persimmon Court
   Mahwah, NJ 07430−2377

Social Security No.:
   xxx−xx−1026

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/1/22 at 10:00 AM

to consider and act upon the following:

*117* − Motion to Approve Compromise under Rule 9019 Filed by Jamal J Romero on behalf of Anthony C DiBenedetto. Hearing scheduled for 8/17/2022 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Brief in Support of Motion for Nunc Pro Tunc Order Approving Settlement # 2 Certification of Debtor in Support of Motion # 3 Exhibit A to Cert of Debtor # 4 Proposed Order Nunc Pro Tunc Approving Settlement under Rule 9019) (Romero, Jamal)

Dated: 10/27/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court