UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Jromero@scura.com
Jamal J. Romero, Esq.
*Counsel for Debtor, Anthony DiBenedetto*

**Order Filed on November 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

*In Re*:

**ANTHONY DIBENEDETTO**,

                    Debtor.

Case No.: 16-27213

Chapter 13

Judge: Hon. Rosemary Gambardella

Hearing Date: August 17, 2022 @ 10:00 AM

**NUNC    PRO    TUNC    ORDER    APPROVING
<u>SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 2, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Anthony DiBenedetto
Case No.: 16-27213 (RG)
Caption of Order: NUNC PRO TUNC ORDER APPROVING SETTLEMENT PURSUANT TO
FED. R. BANKR. P. 9019

Page **2** of **2**

THIS MATTER having been brought before this Court by the debtor, Anthony DiBendetto (the "Debtor"), by and through counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, by way of Motion for Entry of an Order Nunc Pro Tunc Approving the Settlement of Debtor's Workers' Compensation Claim pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the moving papers, exhibits, objections hereto, if any, and arguments of counsel, if any; and the Court having determined that the relief requested in the Motion is in the best interest of the Debtor and the bankruptcy estate; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown for the entry of this Order, it is hereby:

**ORDERED** that the Motion is granted as provided for herein; and

**ORDERED** that pursuant to Fed. R. Bankr. P. 9019, the settlement award of the Debtor's workers' compensation claim received by the Debtor on May 16, 2018, in the amount of $61,643.75, and as demonstrated by the Payment Report issued by the State of New York Workers' Compensation Board, annexed to Debtor's Certification as **Exhibit A**, is approved nunc pro tunc; and

**ORDERED** that Special Counsel retained to represent the Debtor in the worker's compensation case was paid a fee in the amount of $10,700 which was paid directly by the insurance company is approved; and

**FURTHER ORDERED** that the entirety of the settlement award proceeds, or no less than the amount necessary to complete the Debtor's Chapter 13 Plan, shall be paid to the Chapter 13 Standing Trustee for funding of the Chapter 13 Plan.