UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Jromero@scura.com
Jamal J. Romero, Esq.
*Counsel for Debtor, Anthony DiBenedetto*

Order Filed on November 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

*In Re*:

**ANTHONY DIBENEDETTO**,

Debtor.

Case No.: 16-27213

Chapter 13

Judge: Hon. Rosemary Gambardella

Hearing Date: August 17, 2022 @ 10:00 AM

## NUNC PRO TUNC ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 2, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Anthony DiBenedetto
Case No.: 16-27213 (RG)
Caption of Order: NUNC PRO TUNC ORDER APPROVING SETTLEMENT PURSUANT TO
FED. R. BANKR. P. 9019

Page **2** of **2**

THIS MATTER having been brought before this Court by the debtor, Anthony DiBendetto (the "Debtor"), by and through counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, by way of Motion for Entry of an Order Nunc Pro Tunc Approving the Settlement of Debtor's Workers' Compensation Claim pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the moving papers, exhibits, objections hereto, if any, and arguments of counsel, if any; and the Court having determined that the relief requested in the Motion is in the best interest of the Debtor and the bankruptcy estate; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown for the entry of this Order, it is hereby:

**ORDERED** that the Motion is granted as provided for herein; and

**ORDERED** that pursuant to Fed. R. Bankr. P. 9019, the settlement award of the Debtor's workers' compensation claim received by the Debtor on May 16, 2018, in the amount of $61,643.75, and as demonstrated by the Payment Report issued by the State of New York Workers' Compensation Board, annexed to Debtor's Certification as **Exhibit A**, is approved nunc pro tunc; and

**ORDERED** that Special Counsel retained to represent the Debtor in the worker's compensation case was paid a fee in the amount of $10,700 which was paid directly by the insurance company is approved; and

**FURTHER ORDERED** that the entirety of the settlement award proceeds, or no less than the amount necessary to complete the Debtor's Chapter 13 Plan, shall be paid to the Chapter 13 Standing Trustee for funding of the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-27213-RG |
| Anthony C DiBenedetto | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 02, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Anthony C DiBenedetto, 1302 Persimmon Court, Mahwah, NJ 07430-2377 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Anthony C DiBenedetto dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Anthony C DiBenedetto jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |

District/off: 0312-2      User: admin      Page 2 of 2
Date Rcvd: Nov 02, 2022      Form ID: pdf903      Total Noticed: 1
TOTAL: 6